Plaintiff has already furnished BASF with copies of -

- ✓ Birth Certificate
- ✓ Social Security Card
- ✓ South Carolina Driver License
- ✓ Document signed by company official hiring plaintiff
- ✓ Resignation on 4/20/1980
- ✓ Statement of earnings
- ✓ Pay stub from 12/16/1973
- ✓ Copies of W2 from 1968 thru 1980, showing no settlement
- ✓ List of former supervisors
- ✓ Copy of 10 year Service Award
- ✓ Employee Number 293360

# Calculations

| Year | Salary | 3.5% Pension Contribution | Rate | Duration (years) | Value as of DEC 2018 |
|---|---|---|---|---|---|
| *1968 | 1392.11 | 48.72 | | 50 | 590.46 |
| 1969 | 5780.58 | 202.32 | | 49 | 2332.65 |
| 1970 | 7236.45 | 253.28 | | 48 | 2778.06 |
| 1971 | 8112.21 | 283.93 | | 47 | 2962.67 |
| 1972 | 8342.18 | 291.98 | | 46 | 2898.38 |
| 1973 | 8348.80 | 292.21 | | 45 | 2759.48 |
| 1974 | 10316.44 | 361.08 | 5% /Yr | 44 | 3243.89 |
| 1975 | 12030.83 | 421.08 | | 43 | 3598.80 |
| 1976 | 12903.20 | 451.61 | | 42 | 3671.87 |
| 1977 | 13537.89 | 473.83 | | 41 | 3665.02 |
| 1978 | 14736.45 | 515.78 | | 40 | 3795.32 |
| 1979 | 15850.77 | 554.78 | | 39 | 3883.61 |
| 1980 | 7609.22 | 266.32 | | 38 | 1773.57 |
| Totals | 126197.13 | 4416.90 | | | |

| | |
|---|---|
| Value of Pension in Dec 2018 | 37953.78 |
| Value of Out-of-Pocket $ 2500/yr x 3 Yr | 7500.00 |
| TOTAL VALUE of Pension @ Dec 2018 | 45453.78 |
| Punitive Damages ( x 2.75) for Deliberate Delay of Pension Payments for over 3 years | 125,000.00 |
| Suggested Final 'Lump Sum' Settlement | 170453.78 |

### Alternative Settlement Option

| | |
|---|---|
| Single Payment of | 25,000.00 |
| Monthly Payments for Life | 700.00 |
| Annual Out-of-Pocket Medical Expenses with Receipts | 2000.00 |

* Plaintiff worked 4 months and then went on military active duty for four months with the USAR @ Fort Polk, LA